

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00354-CV

Luz **CHAVEZ,** Individually, and as Representative of the Estates of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez, Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY CO**. and Jose Juarez, Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## C O R E C T E D   O R D E R

Sitting: Karen Angelini, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is GRANTED. Time is extended to July 31, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court